UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

## ORDER NOTIFYING PARTIES OF JURY QUESTIONNAIRE PROCEDURE

The Court hereby notifies the parties that the following procedure will be used with regard to the jury questionnaires for the trial scheduled to commence on October 3, 2006.

Prospective jurors will report to the courthouse on September 26, 2006 to complete the questionnaires. The attorneys or their representatives shall contact the jury clerk, Joann Garcia, at (303) 335-2049 to make arrangements to review the questionnaires at the courthouse. If the parties all agree that a particular juror or jurors should be excused for cause, they shall jointly file a motion to excuse such juror or jurors. All other challenges to the jurors are to be raised on the first day of trial during *voir dire*.

Attached to this Order is a copy of the questionnaire that will be used. Questions 31 and 32 refer to Exhibits A and B, which the parties have not yet provided. If the parties desire these two questions to be asked, they shall submit Exhibits A and B to the chambers e-mail account, krieger_chambers@cod.uscourts.gov, no later than **September 18, 2006**.

**IT IS SO ORDERED**.

Dated this 12th day of September, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge