UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

## ORDER INCORPORATING CHANGES TO INSTRUCTION NO. 7

THIS MATTER comes before the Court on written objections by the Government **(#1386)** and Defendant Sandra Lindsey **(#1387)** to the Court's proposed Instruction No. 7. No other Defendant filed objections. The Court has considered these objections in conjunction with the Instruction and

**FINDS** and **CONCLUDES** that:

Most of the Government's objections to the Instruction are well taken. The Court will make the requested corrections to the Instruction <u>except</u> for the change to the social security number on page 16 of the Instruction. This social security number was taken directly from the Second Superceding Indictment, as amended. The change now proposed was not included in the motion to amend the Indictment. No further change can be made without notice to the affected parties and their opportunity to respond. The Court will change the heading on Count 41 to "Conspiracy to Commit Money Laundering", will add references to "and others" and "and another" as appropriate,[1] and will delete the references to Linda Edwards on page 17.

Ms. Lindsey objects to her mention in Count 1 (Conspiracy to Defraud the United States), Overt Act 61 as a Borrower, and in Count 31 as a Borrower/Mortgagor, which is a wire fraud count brought against Ms. Carnagie. She also objects to her mention in Count 44 where the charges against Ms. Carnagie are described, and she objects to any mention of Ms. Carnagie in

---

[1] The Government's objections request addition of both these phrases somewhat inconsistently. To avoid any confusion, the Court will use "and others" when more than two Defendants were charged with engaging in the described conduct, and it will use "and another" when only two Defendants were charged.

this same count when the charge against Ms. Lindsey is described. She contends that these references suggest that she was a member of the conspiracy.

The Court overrules Ms. Lindsey's objections. Ms. Lindsey is not charged with conspiracy, and Instruction No. 7 makes this absolutely clear. To the extent that her name appears in various parts of the Instruction, it tracks what is charged in the Indictment. The final jury instructions given prior to deliberations will advise that the Defendants are not on trial for any act or crime that is not contained in the Indictment.

The Government's objection makes an additional request – that the Court provide a copy of the Second Superceding Indictment (as amended) to the jury prior to deliberations. The Court takes this request under advisement and will not make a final decision until all counsel have had an opportunity to respond.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2006

                                            **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge