# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush             Date: April 30, 2007
Court Reporter:  Paul Zuckerman
Probation Officer: Kurt Thoene

Criminal Action No. 04-cr-00463-MSK-2

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Habib Nasrullah

       Plaintiff,

v.

2.  NINA MARIE CAMERON,                    John Mosby

       Defendant.

---

## SENTENCING MINUTES

---

**10:16 a.m.**      **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 23, 2005.  Defendant pled guilty to Count One of the Second Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution.  Statements made by defense counsel, the defendant and the Government.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER**:     Government's Motion for Downward Departure Pursuant to Section 5K1.1 of the Sentencing Guidelines (1771) is granted.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:**     Bond is discharged.

Defendant is directed to confer with the probation officer as she leaves the courtroom to set up such appropriate appointments as are required to implement the judgment.

The defendant is advised of her right to appeal.

**10:50 a.m.     Court in recess.**

Total Time: 00:34
Hearing concluded.