UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
   Defendants.

## ORDER DENYING JOINT MOTION REGARDING RULE 702 TESTIMONY

THIS MATTER comes before the Court on the Parties' Joint Motion Regarding Rule 702 Testimony **(#1871).** According to the Government, it intends to elicit no expert opinions from witness Marc Friedland. The Defendants disagree, and seek an advance determination of admissibility of certain evidence.

Because the Government intends to offer no opinion testimony from Mr. Friedland which falls within Rule 702, it is bound by that representation. Thus, Mr. Friedland is precluded from giving expert opinions at trial, and no hearing under Rule 702 is required. As to any other objection, it can be raised at trial.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion Regarding Rule 702 Testimony **(#1871)** is **DENIED**.

Dated this 5th day of September, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge