UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.  LINDA CARNAGIE,
2.  NINA MARIE CAMERON,
3.  LESLIE ROUSSEAU,
4.  ALBERTICO GALINDO,
5.  SONIA RAMIREZ,
6.  SANDRA LINDSEY,
7.  ROSAURA RAMIREZ,
8.  GAIL HENDERSON,
9.  DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,

          Defendants.

### ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, October 18, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the:

1. Ex Parte and Under Seal Defendant Edwards and Mullins Joint Defense Disclosure of Potential Expert Witness Rebuttal Testimony **(#1870)**; and

2. Defendant Edwards and Mullins Ex Parte Joint Defense Disclosure of Potential Expert Witness Rebuttal Testimony.

**IT IS ORDERED that all counsel for all Defendants shall be present**. Individual Defendants may waive their appearance by filing a Motion, accompanied by a signed waiver on or before **October 12, 2007.**

DATED this 2nd day of October, 2007.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge